# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Spencer Winston, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 3:20-cv-01170-HNJ |
| | ) |
| I.C. System, Inc., a Minnesota | ) |
| corporation, | ) |
|     Defendant. | ) |

## **NOTICE OF SETTLEMENT**

Plaintiff hereby gives notice to the Court that he has reached a settlement of his claims against the Defendant. Plaintiff hereby requests that this Court cancel or stay all dates and give him leave to file for dismissal by December 30, 2020.

Dated: November 5, 2020

/s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2020, a copy of the foregoing **Notice of Settlement** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

M. Brent Yarborough                  byarborough@mauricewutscher.com
Maurice Wutscher, LLP
420 North 20th Street
Suite 2200
Birmingham, Alabama 35203

Ronald C. Sykstus                      rsykstus@bondnbotes.com
Bond, Botes, Sykstus, Tanner
& Ezzell, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com