FILED

2020 Nov-25  AM 09:40
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

Spencer Winston,          )
     Plaintiff,         )
                        )
    v.                  )    No.  3:20-cv-01170-HNJ
                        )
I.C. System, Inc., a Minnesota  )
corporation,             )
     Defendant.        )

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of his claims against Defendant, hereby stipulates to the dismissal of his claims with prejudice.

Dated:  November 25, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2020, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

M. Brent Yarborough                          byarborough@mauricewutscher.com
Maurice Wutscher, LLP
420 North 20th Street
Suite 2200
Birmingham, Alabama 35203

Ronald C. Sykstus                            rsykstus@bondnbotes.com
Bond, Botes, Sykstus, Tanner
     & Ezzell, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com