
FILED
2020 Nov-25  PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| SPENCER WINSTON, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 3:20-cv-01170-HNJ |
| I.C. SYSTEM, INC., | ) |
| Defendant. | ) |

# **O R D E R**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (doc. 20), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED WITH PREJUDICE**, without costs to either party.

**DONE** and **ORDERED** this 25th day of November, 2020.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE